UNITED STATES COURT OF INTERNATIONAL TRADE

**Before:**

| | |
|---|---|
| NATIONAL FISHERIES INSTITUTE, *et al.*, | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) Case No. 25-223 |
| UNITED STATES, *et al.*, | ) ) ) |
| *Defendants*. | ) ) ) ) |

## PRO HAC APPLICATION OF ELIZABETH LEIGH LEWIS

Pursuant to Rule 74(d) of the Rules of the Court of International Trade, I, Elizabeth Leigh Lewis, respectfully requests an order of admission to practice pro hac vice on behalf of proposed *amici* in the above-captioned matter and state under penalty of perjury that:

1. I am a Senior Associate Attorney at the law firm Eubanks & Associates PLLC. I currently reside in Silver Spring, MD. Our office address is 1629 K Street NW, Suite 300, Washington, DC 20006.

2. I am admitted to the District of Columbia Bar and my membership is active.

3. I am in good standing with the District of Columbia Bar and have attached a certificate to that effect issued within the last thirty days to this application.

4. I have never been suspended or disbarred by any court and have never faced disciplinary proceedings from any court.

5. I have never applied to practice pro hac vice in any case before the United States Court of International Trade.

Wherefore, the undersigned respectfully requests permission to appear pro hac vice before this Court.

                                                                        Respectfully submitted,

                                                                        */s/ Elizabeth L. Lewis*
                                                                        Elizabeth L. Lewis

                                                                        Elizabeth L. Lewis
                                                                        EUBANKS & ASSOCIATES, PLLC
                                                                        1629 K Street NW, Suite 300
                                                                        Washington, DC 20006
                                                                        lizzie@eubankslegal.com
                                                                        (202) 618-1007



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

# *Elizabeth Leigh Lewis*

was duly qualified and admitted on November 3, 2017 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on October 30, 2025.*

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*