## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:   THE HONORABLE JOSEPH A. LAROSKI, JR., JUDGE

_____
NATIONAL FISHERIES INSTITUTE, et al.,   )
                                        )
    Plaintiffs,                         )
                                        )
        v.                              )   Case No. 1:25-cv-00223
                                        )
UNITED STATES, et al.,                  )
                                        )
    Defendants.                         )
_____)

### JOINT STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiffs, National Fisheries Institute, et al. and defendants, the United States, et al. (collectively referred to as the "Parties") hereby stipulate that the above-captioned matter be dismissed without prejudice pursuant to the attached stipulated order, waiving all rights of appeal, and with each Party to bear its own attorney fees and costs.

Notwithstanding the dismissal of this action, however, the Parties hereby stipulate and respectfully request that the Court retain jurisdiction to oversee compliance with the terms of the Parties' attached stipulated order and to resolve any motions to modify such terms. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381-82 (1994) (noting that a Court may "embody the settlement contract in its dismissal order" and "retain jurisdiction over the settlement contract" in a stipulated dismissal under Rule 41(a)(1)(A)(ii) "if the parties agree.").

|  | Respectfully submitted, |
|---|---|
| /s/ Ashley Akers | BRETT A. SHUMATE |
| Ashley Akers | Assistant Attorney General |
| Rafe Petersen (Pro Hac Vice) |  |
| Andrew McAllister | PATRICIA M. McCARTHY |
| Kamran Mohiuddin (Pro Hac Vice) | Director |
| Maggie Pahl (Pro Hac Vice) |  |
| HOLLAND & KNIGHT LLP | /s/ Claudia Burke |
| 800 17th Street N.W., Suite 1100 | CLAUDIA BURKE |
| Washington, D.C. 20006 | Deputy Director |
| Tele: 202-441-5870 |  |
| Ashley.Akers@hklaw.com | /s/ Catherine M. Yang by /s/ Claudia Burke |
| Rafe.Petersen@hklaw.com | CATHERINE M. YANG |
| Andrew.Mcallister@hklaw.com | BLAKE W. COWMAN |
| Kamran.Mohiuddin@hklaw.com | Trial Attorneys |
| Maggie.Pahl@hklaw.com | Commercial Litigation Branch |
|  | Civil Division, U.S. Department of Justice |
| Attorneys for Plaintiffs | P.O. Box 480 |
|  | Ben Franklin Station |
|  | Washington, D.C. 20044 |
|  | Telephone: (202) 514-4336 |
|  | Email: catherine.m.yang@usdoj.gov |
| October 30, 2025 | Attorneys for Defendant |