FORM 11-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**                    FORM 11

| | |
|---|---|
| National Fisheries Inst., et al.<br>　　　　　　　　Plaintiff,<br><br>　　v.<br>United States, et al.<br>　　　　　　　　Defendant. | Court No.:　　　　25-223 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, the undersigned appears as attorney for amicus , Alaska Longline Fishermen's Ass'n , in this action

☒ and for the parties indicated in the actions listed on the attached schedule

and requests that all papers be served on him/her.

☒ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is Elizabeth L. Lewis .

Date: Oct. 31, 2025

Elizabeth L. Lewis
Attorney

Eubanks & Associates PLLC
Firm

1629 K Street NW, Suite 300
Street Address

Washington, DC 20006
City, State and Zip Code

202-618-1007
Telephone Number

lizzie@eubankslegal.com
E-mail Address

FORM 11-2

Schedule to Notice of Appearance

| Court Number | Case Name | Party or Parties Represented |
|---|---|---|
| 25-223 | National Fisheries Inst., et al. v. United States, et al. | • Alaska Marine Conservation Council<br>• Hawaii Longline Association<br>• Cape Cod Commercial Fishermen's Alliance<br>• Maine Coast Fishermen's Association<br>• New England Young Fishermen's Alliance<br>• The Commercial Fisheries Center of Rhode Island<br>• Southern Shrimp Alliance |

(As amended May 25, 2004, eff. Sept. 1, 2004; Nov. 25, 2009, eff. Jan. 1, 2010; Dec. 7, 2010, eff. Jan. 1, 2011; Dec. 4, 2012, eff. Jan. 1, 2013; June 5, 2015, eff. July 1, 2015.)